FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant WHITE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) No. CR-05-00570 MHP
                                         )
12 |              Plaintiff,              ) STIPULATION AND [PROPOSED]
                                         ) ORDER CONTINUING STATUS
13 | vs.                                  ) CONFERENCE HEARING
                                         )
14 | MALIK ATTIBA WHITE,                  ) Date:  October 31, 2005
                                         ) Time:  10:00 a.m.
15 |              Defendant.              ) Court: The Honorable Marilyn Hall Patel
                                         )

16

17

18                              STIPULATION

19     Defense counsel, Elizabeth M. Falk, respectfully requests this Court for a continuance of

20 the status conference hearing currently set for October 31, 2005 at 10:00 a.m. to November 14,

21 2005 at 10:00 a.m. The reason for the request for continuance is due to family emergency and

22 counsel will be leaving for out of state to be with family this evening. Counsel for the

23 government, Thomas P. Mazzucco, has been contacted and has no objection to the request for

24 continuance.

25

26

Stipulation and Proposed Order
No. CR 05-00580 MHP                      1

1 | IT IS SO STIPULATED

3 | Date: 10/28/2005                    /S/
ELIZABETH M. FALK
Assistant Federal Public Defender

6 | Date: 10/28/2005                    /S/
THOMAS P. MAZZUCCO
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "Conformed" signature (/S/) within this e-filed document.

ORDER

GOOD CAUSE SHOWN, it is hereby ORDERED that the status conference hearing previously set by this Court for October 31, 2005 at 10:00 a.m., shall be continued to November 14, 2005 at 10:00 a.m.

Date: _____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order
No. CR 05-00580 MHP                              2