1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

3

4   JEFFREY SHIH (CABN 296945)
    Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7168

6      Email: jeffrey.shih@usdoj.gov

7   Attorneys for the United States of America

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 05-CR-570-WHA |
| | ) |
| v. | ) STIPULATIONS OF FACT |
| | ) |
| MALIK WHITE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties hereby submit the following stipulations of fact. Specifically, if called to testify at a hearing for revocation of supervised release, the parties agree that each of the witnesses named below would testify as follows:

Officer Daniel Rivas-Villegas: On September 19, 2015, at approximately 2:30 a.m., Union City Police Officer Rivas was on patrol and observed Malik White driving a green Ford Ranger pickup truck in the area of Decoto Road and 11th Street in Union City, California. After Officer Rivas conducted a traffic stop, Malik White consented to a blood draw, which was then completed in Officer Rivas's presence at the police station.

1    <u>Forensic Toxicologist Judy Stewart</u>:  On September 25, 2015, Judy Stewart, an expert in the field

2    of forensic toxicology, completed an analysis of the blood drawn from Malik White in Officer Rivas's

3    presence on September 19, 2015.  As illustrated on the attached Toxicology Report (Exhibit 1), that

4    analysis showed that Malik White's blood alcohol content was 0.15%.

5         IT IS SO STIPULATED.

6

7

8                                          BRIAN J. STRETCH
                                           Acting United States Attorney
9    DATED: 12/1/2015

                                           JEFFREY SHIH
10                                         Assistant United States Attorney

11

12

13

14   DATED: 12-1-15

                                           MALIK WHITE
15                                         Defendant

16   DATED: 12-1-15

                                           ELIZABETH FALK
17                                         Attorney for Malik White

18

19

20

21

22

23

24

25

STIPULATIONS OF FACT                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 1

# Toxicology Report



**Forensic Analytical Sciences**

Case Number
**D008855**

| | |
|---|---|
| **Client:** | **Case Name:** |
| Union City Police Department | White, Malik |
| 34009 Alvarado Niles Road | Case: 150919002 |
| Union City, CA 94587 | Officer Rivas |

**Requests:** Ethyl Alcohol, Cannabinoids
**Description:** Blood (two grey top tubes)
**By:** JH    **Date:** 9/22/2015    **Time:** 11:07AM    **Sealed:** Yes    **From:** Lorril Fong-Jean

| Blood | Result | Detection Limit (ng/mL) | |
|---|---|---|---|
| **Screening Analytes by Enzyme-Linked Immunoassay (ELISA)** | | | |
| Cannabinoids | None Detected | 10 | |
| **Alcohol Analysis** | | | |
| Ethyl Alcohol | 0.15 % | | Analyzed by Gas Chromatograph (GC) |

**Drugs Analyst:** _Jennifer Piper_ (signature)     **Date:** 9/28/15
Jennifer Piper

**Alcohol Analyst:** _Judy Stewart_ (signature)     **Date:** 9/25/15
Judy Stewart

I CERTIFY, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE BLOOD/URINE ANALYSIS WAS PERFORMED DURING THE REGULAR COURSE OF MY DUTIES, AND IS A TRUE AND CORRECT COPY THEREOF. I FURTHER CERTIFY THAT I AM QUALIFIED TO PERFORM THESE ANALYSES PURSUANT TO TITLE 17 OF THE CALIFORNIA CODE OF REGULATIONS, AND THAT THE EQUIPMENT USED IN ARRIVING AT THE RESULTS WAS IN PROPER WORKING ORDER AT THE TIME I PERFORMED THE ANALYSIS. I FURTHER CERTIFY THAT A RECORD OF THE RESULT WAS RECORDED AT THE TIME OF THE ANALYSIS.

Remainder of the submitted specimen(s) is/are scheduled for discard one (1) year from date of receipt.

1 of 1
MW0007

3777 Depot Road, Suite 403 Hayward, California 94545-2761 Telephone: 510/266-8100 800/827-FASI Fax: 510/887-4451